UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. ENNIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. CHA,<br><br>　　　　　Defendant. | No. 2:19-cv-2205 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed June 21, 2021, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days. ECF No. 14. The settlement conference took place on November 10, 2021, and the case did not settle. ECF No. 17.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action, commencing June 21, 2021, ECF No. 14, is LIFTED.

2. Within twenty-one days of the filing of this order, defendant shall file a response to the complaint.

DATED: November 19, 2021

　　　　　　　　　　　　　　　　　　　　_Allison Claire_
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE